# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF BRENT A.
BLANCHARD, BAR NO. 7605

No. 80627

**FILED**

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF REINSTATEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to reinstate suspended attorney Brent A. Blanchard with certain conditions. As no briefs have been filed, this matter stands submitted for decision. SCR 116(2).

This court suspended Blanchard from the practice of law for three years and required he (1) comply with his outstanding CLE requirements and pay the associated fees; (2) complete an additional 15 CLE hours in ethics; (3) pass the MPRE; (4) report his discipline to the Utah State Bar; (5) execute a quitclaim deed for property belonging to a client's family trust; (6) pay fees and costs as ordered in a district court case; (7) continue his treatment for depression and provide satisfactory proof that he is mentally capable of resuming the practice of law; and (8) pay the costs of the disciplinary proceeding. Blanchard has completed the suspension and complied with the requirements in the disciplinary order.

Based on our de novo review, we agree with the panel's conclusions that Blanchard has satisfied his burden in seeking reinstatement by clear and convincing evidence. SCR 116(2); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that Blanchard be reinstated. We also approve the conditions on reinstatement recommended by the panel, as set forth below.

20-17440

Accordingly, Brent A. Blanchard is hereby reinstated to the practice of law in Nevada. For three years from the date of this order, Blanchard shall have a law mentor who is an active attorney, not affiliated with Blanchard's business interests, has no attorney discipline, and has practiced law for 10 or more years. Blanchard shall meet with his mentor at least once a month to discuss his legal practice and obtain mentorship and guidance. His mentor shall submit quarterly reports to the State Bar. Blanchard shall also maintain his mental health treatments for three years or until his medical provider opines the treatments are no longer necessary. Blanchard's medical provider shall submit quarterly reports to the State Bar that Blanchard is attending or keeping his appointments, Blanchard is complying with the medical provider's advice and recommendations, and a general opinion that Blanchard continues to be fit to practice law. Additionally, Blanchard shall pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 30 days of this order, if he has not done so already.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.            _____, J.
Gibbons                      Hardesty

_____, J.            _____, J.
Parraguirre                Stiglich

_____, J.            _____, J.
Cadish                     Silver

cc:  Chair, Southern Nevada Disciplinary Board
     Brent A. Blanchard
     Bar Counsel, State Bar of Nevada
     Executive Director, State Bar of Nevada
     Admissions Office, U.S. Supreme Court